# Order

**Michigan Supreme Court
Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138562 & (64)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 138562
                                        COA: 281666
                                        Wayne CC: 07-007697-01

DIONTE MARQUIS NEAL,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the February 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

d0909

_____
Clerk